ville, Va., and John W. Carter, Jr., of Danville, Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of attorneys.

### SNYDER ESTATE COMPANY, Appellant, v. UNION ELECTRIC LIGHT & POWER CO.

No. 11106.

Circuit Court of Appeals, Eighth Circuit.
Feb. 1, 1938.

James A. Reed and Wilson, Bundshu & Bailey, all of Kansas City, Mo., for appellant.

Sebree, Sebree & Shook and R. R. Brewster, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal, 15 F.Supp. 379, docketed and dismissed at costs' of appellee, but without taxation of statutory attorney's docket fee, which is waived by appellant, pursuant to stipulation of parties.

### William SPENCER, Appellant, v. UNITED STATES of America.

No. 11202.

Circuit Court of Appeals, Eighth Circuit.
May 11, 1938.

George L. Vaughn, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee for want of prosecution.

### STATE OF WASHINGTON, Appellant, v NORTHERN PACIFIC RAILWAY COMPANY et al., Appellees.

No. 8731.

Circuit Court of Appeals, Ninth Circuit.
June 27, 1938.

G. W. Hamilton, Atty. Gen., and R. G. Sharpe, Asst. Atty. Gen., for appellant.

Robert S. Macfarlane, of Seattle, Wash., for appellee Northern Pacific Ry. Co.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of counsel for appellant for dismissal of the appeal herein, and good cause therefor appearing, ordered said motion granted, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

### THERRELL v. COMMISSIONER OF INTERNAL REVENUE.

No. 8212.

Circuit Court of Appeals, Fifth Circuit.
July 18, 1938.

For former opinion, see 88 F.2d 869.

H. M. Voorhis, of Orlando, Fla., and H. M. Hampton, of Ocala, Fla., for petitioner.

Howard P. Locke, J. Louis Monarch, and Sewall Key, Sp. Assts. to Atty. Gen., Robert H. Jackson and James W. Morris, Asst. Attys. Gen., and Herman Oliphant, Gen. Counsel, Dept. of Treasury, and Christopher A. Ray, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

On consideration of the motion filed by the respondent in the above entitled and numbered cause,

It is ordered that the Mandate of this Court issued to the Clerk of the United States Board of Tax Appeals on April 6th, 1937, be recalled, and that the judgment of this Court entered in said cause on March 9th, 1937, be, and the same is hereby, set aside and annulled; and

It is now ordered, adjudged and decreed by this Court, in accordance with the judgment of the United States Supreme Court entered on February 28, 1938, Helvering v. Therrell, 303 U.S. 218, 58 S.Ct. 539, 82 L.Ed. ——, that the judgment of the United States Board of Tax Appeals in this cause be, and the same is hereby, affirmed.

Ruth **TUCKER, Appellant, v. UNITED STATES of America.**

No. 11156.

Circuit Court of Appeals, Eighth Circuit.

April 13, 1938.

A. D. Hadsell, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Randall Wilson, Sam C. Blair, Thomas A. Costolow, and Richard K. Phelps, Asst. U. S. Attys., all of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this Court, on motion of appellant.

**TUNNICLIFFE v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8259.

Circuit Court of Appeals, Fifth Circuit.

July 18, 1938.

For former opinion, see 88 F.2d 873.

H. M. Voorhis, of Orlando, Fla., for petitioner.

Howard P. Locke, J. Louis Monarch, and Sewall Key, Sp. Assts. to Atty. Gen., Robert H. Jackson and James W. Morris, Asst. Attys., Gen., and Herman Oliphant, Gen. Counsel, Dept. of Treasury, and John E. Marshall, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

On consideration of the motion filed by the respondent in the above entitled and numbered cause,

It is ordered that the Mandate of this Court issued to the Clerk of the United States Board of Tax Appeals on April 6th, 1937, be recalled, and that the judgment of this Court entered in said cause on March 9th, 1937, be, and the same is hereby, set aside and annulled; and

It is now ordered, adjudged and decreed by this Court, in accordance with the judgment of the United States Supreme Court entered on February 28, 1938, Helvering v. Therrell, 303 U.S. 218, 58 S.Ct. 539, 82 L.Ed. ——, that the judgment of the United States Board of Tax Appeals in this cause be, and the same is hereby,

Affirmed.

**UNION PACIFIC RAILROAD COMPANY v. Pearl Mary GLOVER, Administratrix, etc.**

No. 8872.

Circuit Court of Appeals, Ninth Circuit.

Aug. 1, 1938.

George H. Smith, of Salt Lake City, Utah, and H. B. Thompson, of Pocatello, Idaho, for appellant.

Walter H. Anderson, of Pocatello, Idaho, for appellee.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.